FILED-USBC, FLS-MIA
'25 JUN 18 PM 12:30

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

__Southern__ District of __Florida__
(State)

Case number (If known): _____ Chapter __11(5)__

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**

   SINNSEARAN LLC

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names, and *doing business as* names

   KATHARINA TIFFANY AND VERITAS GASSMAUN L.L.C
   name changed 03/05/2024

3. **Debtor's federal Employer Identification Number (EIN)**

   83 - 2151505

4. **Debtor's address**

   **Principal place of business**

   30 N. Gould Street
   Number   Street
   Ste R
   Sheridan   WY   82801
   City          State   ZIP Code

   County _____

   **Mailing address, if different from principal place of business**

   3330 Northside Dr
   Number   Street
   Suite 415
   P.O. Box
   Key West   FL   33040
   City          State   ZIP Code

   **Location of principal assets, if different from principal place of business**

   Number   Street
   _____
   City   State   ZIP Code

5. **Debtor's website** (URL)

Debtor  **SINNSEARAN LLC**            Case number (if known) _____

6. **Type of debtor**
   - ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   - ☐ Partnership (excluding LLP)
   - ☐ Other. Specify: _____

7. **Describe debtor's business**

   A. *Check one:*
   - ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   - ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   - ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   - ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   - ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   - ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   - ☒ None of the above

   B. *Check all that apply:*
   - ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
   - ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
   - ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .
   _ _ _ _ _ 5 5 1 1 1 2

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

   *Check one:*
   - ☐ Chapter 7
   - ☐ Chapter 9
   - ☒ Chapter 11. *Check all that apply*:
     - ☒ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).
     - ☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
     - ☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
     - ☐ A plan is being filed with this petition.
     - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
     - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
     - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
   - ☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
   - ☐ No
   - ☒ Yes. District **Southern** When **02/12/2025** Case number **25-11480**
          MM / DD / YYYY

   If more than 2 cases, attach a separate list.   District _____ When _____ Case number _____
          MM / DD / YYYY

Official Form 201         Voluntary Petition for Non-Individuals Filing for Bankruptcy         page 2

Debtor  SINNSEARAN LLC                                    Case number (if known) _____
        Name

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    List all cases. If more than 1, attach a separate list.

    ☒ No
    ☐ Yes.  Debtor _____  Relationship _____
            District _____  When _____
                                                           MM / DD / YYYY
            Case number, if known _____

11. **Why is the case filed in *this district*?**

    Check all that apply:

    ☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

    ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

    ☒ No
    ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** (Check all that apply.)

    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
       What is the hazard? _____

    ☐ It needs to be physically secured or protected from the weather.

    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

    ☐ Other _____

    **Where is the property?** _____
                              Number    Street

                              _____
                              City                                State ZIP Code

    **Is the property insured?**
    ☐ No
    ☐ Yes. Insurance agency _____
           Contact name _____
           Phone _____

---

**Statistical and administrative information**

13. **Debtor's estimation of available funds**

    Check one:
    ☐ Funds will be available for distribution to unsecured creditors.
    ☒ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

14. **Estimated number of creditors**

    ☒ 1-49               ☐ 1,000-5,000        ☐ 25,001-50,000
    ☐ 50-99              ☐ 5,001-10,000       ☐ 50,001-100,000
    ☐ 100-199            ☐ 10,001-25,000      ☐ More than 100,000
    ☐ 200-999

Official Form 201             Voluntary Petition for Non-Individuals Filing for Bankruptcy             page 3

Debtor _____SINNSEARAN LLC_____   Case number (if known) _____
       Name

| 15. Estimated assets | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☒ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |
|---|---|---|---|
| 16. Estimated liabilities | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☒ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __06/18/2025__
           MM / DD / YYYY

X _____      _Palani Meador_____
Signature of authorized representative of debtor    Printed name

Title __Authorized Member__

**18. Signature of attorney**

X _____      Date _____
Signature of attorney for debtor                MM / DD / YYYY

Printed name _____

Firm name _____

Number    Street _____

City _____  State _____  ZIP Code _____

Contact phone _____  Email address _____

Bar number _____  State _____

United States Bankruptcy Court for the

Southern District of Florida

Case number (if known): _____ Chapter 11 Subchapter 5

**11 U.S. Code § 1116 (1) (B)  Compliance  Statement**
**Required to be Appended To Official Form 201**
**Voluntary Petition for Non-Individuals Filing for Bankruptcy (Part 8)**

STATE OF FLORIDA

COUNTY OF MIAMI-DADE

BEFORE ME, the undersigned authority, personally appeared, Palani Meador, who was sworn and says:

1. I am an authorized member of SINNSEARAN LLC, small business debtor ( the "Debtor" herein) filing for bankruptcy in the United States Bankruptcy Court for the Southern District of Florida.

2. I am authorized to execute this Statement on behalf of the Debtor.

3. This Statement is made upon my personal knowledge based on review of the business records and from my own personal knowledge of how they are kept and maintained.

4. I am over the age of 18, and I am fully competent to attest to the matters contained herein.

5. In my capacity as stated above, I have access to the Debtor's business records.

6. After reviewing those records, under penalty of perjury, I hereby declare that no balance sheet, statement of operations, or cash flow statement has been prepared and that no Federal tax return has been filed for Sinnsearan LLC, EIN # 83-2151505.

I understand that I am swearing or affirming under oath to the truthfulness of the claims made in this Affidavit and that the punishment for knowingly making a false statement

1

includes finds and/or imprisonment.

**DEBTOR:**

Sinnsearan LLC

By: _____

Palani Meador, Authorized Member

**BEFORE ME,** the undersigned authority, personally appeared, Palani Meador, _____ known to me personally, or √ who produced Florida Drivers License as identification, and who being first duly sworn, deposes and says that the foregoing Statement is true and correct to the best of her knowledge, information, and belief.

SWORN TO AND SUBSCRIBED before me this 18 day of June, 2025.

_____
NOTARY

(Seal)

HANNIA GARCIA
Notary Public
State of Florida
Comm# HH605914
Expires 10/23/2028

2

| Fill in this information to identify the case and this filing: |
|---|

Debtor Name.   SINNSEARAN LLC

United States Bankruptcy Court for the:   Southern District   Florida
(State)

Case number (If known): _____

# Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

X   Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)

X.  Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)

X   Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)

X   Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)

X   Schedule H: Codebtors (Official Form 206H)

X.  Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)

X   Amended Schedule _____

X.  Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)

☐   Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  0 6 / 1 8 / 2 0 2 5       X _____
MM / DD / YYYY                            Signature of individual signing on behalf of debtor

Palani Meador
Printed name

Authorized Member
Position or relationship to debtor

Official Form 202          Declaration Under Penalty of Perjury for Non-Individual Debtors

**Fill in this information to identify the case:**

Debtor name  SINNSEARAN LLC

United States Bankruptcy Court for the Southern District of Florida
(State)

Case number (If known): _____

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

1. Do any creditors have claims secured by debtor's property?
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☐ X Yes. Fill in all of the information below.

**Part 1:   List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|

**2.1**  Creditor's name

Katharina Gassmann

Describe debtor's property that is subject to a lien

1104 Packer Street Key West Florida 33040       $92,333.33       $2,100,000 CMA

Creditor's mailing address

c/o All Day $49 Montana Registered Agent

1001 S. Main Street, Ste 49

Describe the lien

Kalispell, MT  59901-5635

Mortgage Official Records Monroe County rec Oct 10, 2018
Official Records of Monroe County Book 2831 and Page 2417

Creditor's email address, if known
info@thesmithtrust.com

Is the creditor an insider or related party?
X No
☐ Yes

Date debt was incurred   1 0 1 0 2 0 1 8

Last 4 digits of account number

Is anyone else liable on this claim?
☐ No
X. ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

Do multiple creditors have an interest in the same property?

As of the petition filing date, the claim is:

Check all that apply.
X ☐ Contingent
X ☐ Unliquidated.
X ☐ Disputed

☐ No
X Yes. Specify each creditor, including this creditor, and its relative priority.

1ˢᵗ 2018 Note & Mortgage in First Lien
Book 2831 Page 2417
Monroe County Official Records
Position held in Equal thirds by
Veritas Gassmann & Tiffany Gassmann who purchased the Note from Titan Loan Servicing on October 23, 2019

(2ⁿᵈ) Titan Funding, LLC a Florida limited
liability company wrongly claimed to be in 1st Position in CA.23-0841-K (16ᵗʰ Circuit Monroe)
(3ʳᵈ) (Debtor disputes
& validity of mortgage recorded in the amount
of $467,000 JJS Capital Group
LLC as Maker of Note assigned it to Katharina Gassmann not to JJS Capital Group, LLC.
Recorded. See Complaint

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**   $ 270,000.

| Part 1: | Additional Page | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

### 2.1 Creditor's name
Tiffany Gassmann

**Describe debtor's property that is subject to a lien**
1104 Packer Street Key West Florida 33040

$92,333.33        $2,100,000 CMA

**Creditor's mailing address**
c/o All Day $49 Montana Registered Agent
1001 S. Main Street. Ste 49
Kalispell MT 59901-5635

**Describe the lien**
Mortgage Official Records Monroe County rec Oct 10, 2018

Official Records of Monroe County Book 2831 and Page 2417

**Creditor's email address, if known**
info@thesmithtrust.com

**Date debt was incurred** 1 0 1 0   2 0 1 8
**Last 4 digits of account number**

**Is the creditor an insider or related party?**
X ☐ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☐ X. Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☐ No
X☐ Contingent
X Yes. Specify each creditor, including this creditor,
   X☐ Unliquidated.
   and its relative priority.
   X☐ Disputed

(1ˢᵗ 2018 Note & Mortgage in First Lien
Book 2831 Page 2417
Monroe County Official Records
Position held in Equal thirds by
Veritas Gassmann & Tiffany Gassmann who purchased the Note from Titan Loan Servicing on October 23, 2019

(2ⁿᵈ) Titan Funding, LLC a Florida limited liability company wrongly claimed to be in 1st Position in CA.23-0841-K (16ᵗʰ Circuit Monroe)

(3ʳᵈ) (Debtor disputes
& validity of mortgage recorded in the amount of $467,000 JJS Capital Group LLC as Maker of Note assigned it to Katharina Gassmann not to JJS Capital Group, LLC.

☐ Recorded. See Complaint CA.23-0841-K Titan Funding LLC, v Katharina Tiffany and Veritas Gassmann LLC et. Al.

**As of the petition filing date, the claim is:**
Check all that apply.
☐ X Contingent
☐ X Unliquidated
☐ X Disputed

### 2.2 Creditor's name

**Describe debtor's property that is subject to a lien**

Veritas Gassmann

_____ $ 92,333.33 $ 2,100,000
_____

**Creditor's mailing address**

c/o All Day $49 Montana Registered Agent
1001 S. Main Street Ste 49
Kalispell MT

**Describe the lien**

**Creditor's email address, if known**
info@thesmithtrust.com

**Is the creditor an insider or related party?**
☐ X No
☐ Yes

**Date debt was incurred.**

1 0 1 0   2 0 1 8

**Is anyone else liable on this claim?**
☐ No
☐ X Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Last 4 digits of account number** _____

**As of the petition filing date, the claim is:**
Check all that apply.
☐ X Contingent
☐ x Unliquidated
☐ X Disputed

**Do multiple creditors have an interest in the same property?**
☐ No

X☐ Contingent
X Yes. Specify each creditor, including this creditor,
X ☐ Unliquidated.

and its relative priority.

X ☐ Disputed

1st 2018 Note & Mortgage in First Lien
Book 2831 Page 2417
Monroe County Official Records
Position held in Equal thirds by
Veritas Gassmann & Tiffany Gassmann who purchased the Note from Titan Loan Servicing on October 23, 2019

(2nd) Titan Funding, LLC a Florida limited liability company wrongly claimed to be in 1st Position in CA.23-0841-K (16th Circuit Monroe)

(3rd) (Debtor disputes
& validity of mortgage recorded in the amount of $467,000 JJS Capital Group
LLC as Maker of Note assigned it to Katharina Gassmann not to JJS Capital Group, LLC.

**Fill in this information to identify the case:**

Debtor name __SINNSEARAN LLC__

United States Bankruptcy Court for the: __Southern__ District of Florida

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 206H

## Schedule H: Codebtors 12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**
   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
   ☐ X Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G*.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* Codebtor | | | | *Column 2:* Creditor | |
|---|---|---|---|---|---|---|
| | Name | Mailing address | | | Name | Check all schedules that apply: |
| 2.1 | Tanya Gassmann Personal Guaranty | 1100 Packer Street Personal Guaranty | | | Katharina Gassmann Tiffany Gassmann Veritas Gassmann | ☒ D ☐ E/F ☒ G |
| | | Key West / City | Florida / State | 33040 / ZIP Code | | |
| 2.2 | Palani Meador  Personal Guaranty | 3330 Northside Drive Suite 415 Street | | | Titan Funding, LLC | ☐ D ☒  ☐ E/F ☒ G |
| | | Key West / City | FL / State | 33040 / ZIP Code | | |
| 2.3 | Tanya Gassmann Personal Guaranty | 1100 Packer Street Street | | | Titan Funding, LLC | ☐ D ☒ E/F ☐ G |
| | | Key West / City | FL / State | 33040 / ZIP Code | | |
| 2.4 | Tanya Gassmann | 1100 Packer Street Street | | | Katharina Gassmann | ☐ D ☒ E/F ☒ G |
| | | Key West / City | FL / State | 33040 / ZIP Code | | |
| 2.5 | Palani Meador | 3330 Northside Drive Suite 415 Street | | | JJS Capital Group LLC | ☐ D ☒ E/F ☒ G |
| | | Key West / City | FL / State | 33040 / ZIP Code | | |

| 2.6 | | | |
|---|---|---|---|
| | Street | | ☐ D |
| | | | ☐ E/F |
| | | | ☐ G |
| | City    State    ZIP Code | | |

Official Form 206H                Schedule H: Codebtors                page 1 of